**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6324**

ANDREW FRIEDMAN,

              Plaintiff - Appellant,

       v.

WARDEN; JOHN P. GALLEY, Commissioner; WAYNE WEBB, Assistant
Warden; KENNETH HORNING, Warden; SERGEANT HINKLE; OFFICER
YOUNKER; OFFICER RICHIE; OFFICER HENRY; JON WHITEMAN,
Lieutenant; CHAPLAIN ISHMAEL; OFFICER DUNN; OFFICER GELESPI,

              Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Deborah K. Chasanow, Chief District
Judge.  (8:10-cv-00248-DKC)

Submitted:  April 28, 2011              Decided:  May 4, 2011

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andrew Friedman, Appellant Pro Se.  Rex Schultz Gordon, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew Friedman appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Friedman v. Warden</u>, No. 8:10-cv-00248-DKC (D. Md. Feb. 28, 2011). We deny Friedman's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>